IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:14-CV-938

NEW BREED, INC.,

                  Plaintiff,

v.

CHARLES E. PIPER,

                  Defendant.

APPENDIX TO BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

| Exhibit | Description |
| --- | --- |
| 1. | Affidavit of Mike Hopkins |
| 2. | Order Granting Preliminary Injunction, *New Breed, Inc. v. Bowen*, No. 12-cvs-8231 (Guilford Cnty. Super. Ct. Nov. 20, 2012); Order on Plaintiff's Motion for Temporary Restraining Order and Expedited Discovery, *New Breed, Inc. v. Smallwood*, No. 11-cvs-1346 (Guilford Cnty. Super. Ct. Aug. 11, 2011) |
| 3. | Fidelitone Logistics "Who We Are" |
| 4. | Fidelitone Logistics Industries and Services |
| 5. | Fidelitone Logistics Locations |
| 6. | Fidelitone Logistics Expansion History |
| 7. | Fidelitone Logistics Press Releases |

6057201